# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2014

### NO. 03-14-00079-CV

**Texas Parks and Wildlife Department, Appellant**

**v.**

**Nancy Gallacher, Appellee**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
REVERSED AND RENDERED -- OPINION BY JUSTICE ROSE**

This is an appeal from the order signed by the district court on November 14, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order denying Texas Parks and Wildlife Department's plea to the jurisdiction and renders judgment dismissing Nancy Gallacher's suit. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.